IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON FERGUSON,  *

    Plaintiff,  *

                                Civil No.: BPG-21-2502

    v.  *

BALTIMORE POLICE DEPARTMENT  *

    Defendant  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, defendant's Motion to Dismiss (ECF No. 20) is GRANTED. Specifically, Counts II, IV, and V are dismissed with prejudice. Counts I and III are dismissed without prejudice and with leave to amend. The court will also grant plaintiff leave to amend the Complaint to add separate causes of action for a hostile work environment and a claim under 42 U.S.C. § 1983. Plaintiff is granted leave to file an Amended Complaint by no later than **September 7, 2022**. If plaintiff fails to do so, the Clerk is directed to close this case.

August 16, 2022                                                                  /s/
                                                                       Beth P. Gesner
                                                                       Chief United States Magistrate Judge